# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH D. SANDERS**                                                                                    **PLAINTIFF**
**#252872**

**VS.**                                            **4:20-CV-00348-BRW**

**HALE**                                                                                                          **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of June, 2020.


                                    Billy Roy Wilson_____
                                    UNITED STATES DISTRICT JUDGE